UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RUTH WELLMAN, | ) |
| Plaintiff, | ) |
| vs. | ) No.1:05-cv-744-JDT-TAB |
| MS. SHARON HEATHCOCK, et al., | ) |
| Defendants. | ) |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff's motion for extension of time filed on March 3, 2006, is **granted** to the extent that she shall have **through March 15, 2006,** in which to proceed as directed in Part II of the Entry issued on February 27, 2006.

2. The defendants' motion to dismiss or alternative motion for summary judgment filed on July 28, 2005, is **denied without prejudice.** If the plaintiff reports that she seeks and accepts dismissal of her federal claims with prejudice and the pendent claims under state law are then remanded to the Henry Superior Court, the defendants may refile their motion. If the plaintiff reports that she does not seek and accept dismissal of her federal claims with prejudice, the action will remain in this court and the defendants' dispositive motion will be automatically reinstated as of the date of the plaintiff's report. If the plaintiff reports that she seeks and accepts dismissal of her federal claims with prejudice and the pendent claims under state law are not remanded to the Henry Superior Court, the defendants' dispositive motion will be reinstated as of the date that determination (regarding the non-remand of the pendent claims under Indiana state law) is made.

**IT IS SO ORDERED.**

Date: 03/09/2006

John Daniel Tinder, Judge
United States District Court

Distribution:

Roberta Sabin Recker
BAKER & DANIELS
rsrecker@bakerd.com

Dustin D. Stohler
BAKER & DANIELS
dustin.stohler@bakerd.com

Ruth Wellman
P.O. Box 52
Falmouth, IN 46127